**IT IS ORDERED as set forth below:**



Date: February 16, 2022

_____
James R. Sacca
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                   :         CHAPTER 13
JENNIFER LEIGH BLANKS       :         CASE NO.  A21-58140-JRS
    DEBTOR                          :

**ORDER DISMISSING CASE WITH PREJUDICE**

On January 25, 2022, the Court held a hearing confirmation of Debtor's plan and the Trustee's Objections to Plan Confirmation and Motion to Dismiss Case with Prejudice. (Doc. 20)  Prior to the hearing, Counsel for the Chapter 13 Trustee and Counsel for the Debtor agreed to allow the Debtor a ten (10) day status period to submit $2,996.00 to the Trustee and to provide her 2020 Federal Income Tax Return to the Trustee.  Upon Debtor's completion of the status requirements, Debtor's Counsel would renotice the 341 Meeting of Creditors and hearing on Plan Confirmation. Upon Debtor's default of the

status requirements, the Trustee would file a report with the Court stating the defaulted terms.  Upon receipt of that report, without further notice or hearing, the Court would enter an Order Dismissing the Case with Prejudice including a bar to the Debtor refiling a case under Chapter 13 for one-hundred and eighty (180) days from the entry of the order. The terms of this agreement were stated on the record at the call of the calendar on January 25, 2022.

The Trustee's attorney reviewed the case and filed her status report with the Court on February 16, 2022, which reflects that neither the funds nor the tax return have been provided to the Trustee.  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Pursuant to 11 U.S.C. § 109(g) and 11 U.S.C. § 105(a), the Debtor is ineligible to be a Debtor in a case under Chapter 13 of the United States Code for a period of one-hundred and eighty (180) days from the entry of this Order.

The Clerk of the Court is directed to serve this Order on the parties included in the Distribution List.

**END OF DOCUMENT**

Presented By:

/s/
Maria C. Joyner
Attorney for Chapter 13 Trustee
GA Bar No. 118350
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
mjoyner@njwtrustee.com

**DISTRIBUTION LIST**

**Case No.: A21-58140-JRS**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**